In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00118-CV


____________________



PROCOR LIMITED, Appellant



V.



DOUGLAS MOYERS, ET AL., Appellees






On Appeal from the 253rd District Court 


Liberty County, Texas


Trial Cause No. CV73683






MEMORANDUM OPINION


 The appellant, Procor Limited, filed a motion to dismiss this accelerated appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court. See Tex. R.
App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss
the appeal. 

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered August 27, 2009


Before Gaultney, Kreger, and Horton, JJ.